MIED (4/19) Order of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CASEY HAYES PERRY, #244528

                Plaintiff(s)                        Civil Action No.  22-11259

v.                                                        Judge  Robert H. Cleland

ROBERT ORTEGA

                Defendant(s)
                                             /

**ORDER OF DISMISSAL**

       Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution.  A mediation conference was held, and a settlement was placed on the record.  Accordingly,

       IT IS ORDERED that this action is dismissed with prejudice.  This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.


Date: October 4, 2022                                          s/Robert H. Cleland
                                                                   Robert H. Cleland
                                                                   United States District Judge